UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN MULLINS,<br><br>              Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>              Respondent. | CASE NO. 12-cv-05204 RBL JRC<br><br>ORDER TO AMEND THE PETITION TO NAME A PROPER RESPONDENT AND DENYING PETITIONER'S MOTION TO EXPAND THE RECORD |

    The petitioner in this action seeks habeas corpus relief from a state conviction and sentence. This case has been transferred from the United States District Court for the Eastern District of Washington to this Court. The petition has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judge Rules MJR 3 and MJR 4.

    Petitioner names the State of Washington as the respondent. The proper respondent is "the person having custody of the person detained." 28 U.S.C. § 2243. Petitioner needs to name a natural person -- not a governmental entity. The proper respondent is the person having custody of the petitioner. 28 U.S.C. § 2242. This person is usually the superintendent of the facility in

ORDER TO AMEND THE PETITION TO NAME A
PROPER RESPONDENT AND DENYING
PETITIONER'S MOTION TO EXPAND THE
RECORD - 1

1  which the petitioner is incarcerated.  The petitioner's failure to name the correct party deprives

2  this Court of personal jurisdiction.  See Stanley v. California Supreme Court, 21 F.3d 359, 360

3  (9th Cir. 1994).

4        The Court orders that petitioner file an amended petition on the form provided by the

5  Court.  The amended petition will act as a complete substitute for the original.  The amended

6  petition will be due on or before April 20, 2012.  Failure to comply with this order will result in a

7  Report and Recommendation that this action be dismissed for failure to comply with a court

8  order and lack of in personam jurisdiction over the respondent.

9        Petitioner asks the Court to consider a one hundred and six page memorandum in support

10  of his petition (ECF No. 2). The Court has reviewed the memorandum. The memorandum

11  contains plaintiff's version of events covering a number of years before the crime through trial.

12  The document contains hearsay and a large body of evidence that was not before the trial court.

13  The Court declines to make this part of the record, as it is not part of the record on review.

14        If petitioner believes an evidentiary hearing is warranted in order to accept additional

15  evidence then he may file a motion. The motion to consider the memorandum as part of the

16  record is DENIED.

17        The Clerk is directed to mail a copy of this Order to petitioner and note the April 20,

18  2012 deadline on the court's calendar.

19        Dated this 13th day of March, 2012.

J. Richard Creatura
United States Magistrate Judge